RECEIVED
APR 22 2008
APR 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
Northern District, Eastern Division
Of Illinois

Walter Steven Carlos-el

Vs.

People of the State of Illinois

Judge Stanley Sacks

Assistant States attorney Gambino

**08CV2290
JUDGE KENNELLY
MAG. JUDGE COX ASHMAN**

### PETITION FOR REMOVAL

Now comes Walter Steven Carlos-el pro'se and pursuant to 28 U.S.C. section 1443(1),(2) 1446(c) 1447 3and seeks removal of the instant action to this court. In support of the instant notice of removal, petitioner states as follows.

1) The instant criminal action was brought against the defendant by states attorney located at branch 38 on a felony complaint form charging the defendant with the offenses of criminal trespass to a residence count (1) 720-5 5/19-4-1; theft of lost of mislaid property, count (2) 720-5/16-2; Burglary residential, count (3) 720 5/19-3-A. Such cases were nolled Prosequi, February 22, 2006.

2) On the date of March 14, 2006 the states attorney went before a grand jury and presented the same evidence, which Judge Michelle Jordan dismissed at the municipal court on February 22, 2006.

3) On the date of March 10, 2006, the defendant's family received a notice in the mail, due to the defendant's family member opening the mail the defendant was notified that the court was summoning the defendant to court.

4) Due to the defendant's status as a Moorish American, the defendant filed a notice for a special appearance to the presiding Judge Paul P. Biebel Jr.

5) The defendant came before the court on March 22, 2006 before the honorable Judge Stanley Sacks the defendant informed the court of his status as a Moorish American and Judge Sacks acknowledged the defendant's status and stated due to the defendant coming before the court the court has jurisdiction over the person and subject matter. The judge then informed the defendant that he is setting bond

at 10,000 U.S.D. and if the defendant didn't have 1,000 U.S.D. the defendant was going to be placed in custody of the sheriff.

6) Due to the defendant's informing the court of his status as a Moorish American and that he's governed under the Zodica Constitution of the Moorish Americans and the United Stated government established a treaty with the Moors. (See treaty of peace and friendship)

7) The defendant asked the honorable Judge Stanley Sacks where he got his delegation of authority.

8) Due to the cook county criminal division acting under the color of law or amorality jurisdiction, which the constitution administers to the citizen of the United States of America, the defendant stated on the records that the court of original jurisdiction was the federal court and that the state lacks jurisdiction because Walter Steven Carlos-el is a Moorish-American and his status is not governed by the Illinois constitution of 1970; because the Illinois constitution is not a delegation of power, but more or less a grant given to Illinois to govern the body of Illinois citizens. The defendant is governed under the Supreme laws of the land which is the treaty of peace and friendship and the constitution of the United States.

9) The honorable Stanley Sacks forced public defender (Dan Gallagher) on the defendant despite objections of the defendant.

10) The defendant informed the public defender of his status and that the court lacks jurisdiction over the person and subject matter.

11) After learning of the defendant's status, the public defender entered a motion for a mental evaluation.

12) The public defender, who was forced on the defendant over his objections, failed to assert the defendant's right to have a jury decide on whether or not the defendant is fit, but allowed the honorable Stanley Sacks to rule on the defendant's fitness.

13) The judge found Walter Steven Carlos-el unfit to stand trial and sent the defendant to the Elgin Mental Health Center knowing under false pretense that the

defendant was subjected to punishment and forced to take psychotropic medication and was denied his fundamental right to access of the courts.

14) The defendant stayed in the Elgin Mental Health Center in violation of the constitution due to the fact that the facility is devoid of a constitutionally acceptable law library or the constitutionally acceptable alternative method for researching and preparing legal documents.

15) Due to the public defenders refusal or failure to report the apparent misconduct on the record under his himmel obligation the defendant suffered and is continuously suffering at the hands of the honorable Stanley Sacks, prosecutor Gambino, and public defender Dan Gallagher.

16) The defendant states that as of today the honorable Stanley Sacks and states attorney Gambino, and public defender Dan Gallagher who's the named public defender for the defendant, are acting in bad faith, ill will, and bad motive and with malicious intent.

17) Upon information and belief, the state courts are biased and prejudiced to the defendant due to the fact that he is not of Caucasian extract.

18) The defendant states that the state actors are violating clearly established laws under the laws of the United States constitution, which they swore to uphold and have failed to acknowledge the treaty which the defendant's Moorish status grants him the right to object to the jurisdiction of the state court and challenges such.

19) Since the state actors are failing or refusing to uphold their oath, the defendant is unable to enforce his equal protection rights as guaranteed by the 14th amendment.

20) The court and state actors have a duty to uphold the United States Constitution and due to the defendant's status the court doesn't have the capacity to hear such arguments as the defendant's status.

21) The defendant is invoking the constitution and the court knowingly and deliberately denied the defendant equal protection under the law which is guaranteed by the 14th amendment.

**Conclusion**

The defendant states the federal court has original jurisdiction over the subject matter and person due to the contractual agreement of the treaty of peace and friendship, which is submitted as an exhibit.

**Relief Sought**

The defendant prays that this court grant the petition for removal based on the facts that in the removal petition and due to the federal court having subject matter jurisdiction over the person.

Respectfully Submitted

Without Prejudice and in full life


Walter Steven Carlos-el

U.C.C. 1-207 U.C.C. 1-103

## United States District Court
## Northern District, Eastern Division
## Of Illinois

Walter Steven Carlos-el

Vs

People of the State of Illinois                    Civil Case no:_____

Judge Stanley Sacks                                (criminal case: 06CR5755)

Assistant States attorney Gambino

### Sworn Affidavit

    Now comes, Walter Steven Carlos-el and swears under the pains and penalties of perjury and submits that the petitioner is without the funds to pay for filing of the petition for removal under 28 U.S.C. section 1443(1),(2) 1446(c),1447 3or the certified copy of the record. The petitioner states that cook county administration won't sign the original I.F.P. form because the petitioner has sued the state actors. Thus the petitioner swears under the pains and penalties of perjury and makes notations that this affidavit is true and correct to the best of the petitioner's knowledge and belief.

Respectfully Submitted,


Walter Steven Carlos-EL
20070082858
P.0 box 089002
Chicago, Il 60608
(div-5) (1-l)

Certificate of Service

      Now comes the plaintiff and submits a true and correct copy of the following notice of removal and petition for removal to the united states district clerk for the northern district located at 219 South Dearborn Chicago Illinois 60604, and also a copy of the following to Cook County Clerk Denise Barnes.

Respectfully Submitted
Walter Steven Carlos-El


Larry Maurice Banks