# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet



FILED
APR 2 2 2008 TC
Apr 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**Plaintiff(s):** PEOPLE OF THE STATE OF IL

**Defendant(s):** WALTER STEVEN CARLOS-EL

**County of Residence:**

**County of Residence:** COOK

**Plaintiff's Address:**
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Defendant's Attorney:**
Walter Steven Carlos-El
#2007-0082858
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**08CV2290**
**JUDGE KENNELLY**
**MAG. JUDGE COX ASHMAN**

**Origin:**
☐ 1. Original Proceeding
☑ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1441pr

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** A. E. Woodham    **Date:** 04/22/2008