United States District Court Northern District of Illinois Eastern Division

Carlos-El vs People of the state of Illinois, ET.AL.

**08CV2290**
**JUDGE KENNELLY**
**MAG. JUDGE COX ASHMAN**

Civil case x'
criminal case
06 CR5155

**FILED**
APR 22 2008
Apr 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Clerk

Please take notice that I have cause for Three Removal Petitions to be filed with the clerk in pursuant to 28 U.S.C. §s 1443, §s 1446, & seek for the Documents to be filed stamped and Assigned a civil case number, & I request for one copy to be filed stamp & sent back to me.

Respectfully Submitted
WALTER Steven Carlos-El

4-9-08