UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) WALTER STEVEN, Carlos-El )
)
) 08CV2290
V. ) JUDGE KENNELLY
) MAG. JUDGE COX ASHMAN
Defendant(s) People of The State of Illinois )
Judge Stanley Sacks )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, WALTER STEVEN, Carlos-El, declare that I am the (check appropriate box)
   [✓] plaintiff   [■] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

**FILED**
APR 2 2 2008
Apr 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_WALTER Steven, Carlos-El_   _PO Box 089002 Chicago IL, 60608_
Movant's Signature                Street Address

_4-9-08_                         _Chicago, IL 60608_
Date                             City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: 28 U.S.C. §1443, §1446, Federal Removal

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]

---

Assigned Judge: Amy St. Eve   Case Number: 08cv1176

Case Title: Writ of Habeas Corpus

Appointed Attorney's Name: Unknown

If this case is still pending, please check box [ ]

---

Assigned Judge: Don't Remember See case   Case Number: 07cv6914

Case Title: 42 U.S.C. 1983 Suit

Appointed Attorney's Name: Unknown

If this case is still pending, please check box [ ]

---

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box [ ]