

**United States District Court**
**Northern District, Eastern Division**
**Of Illinois**

RECEIVED
APR 22 2008
Apr 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Walter Steven Carlos-el

Vs

People of the State of Illinois

Judge Stanley Sacks

Assistant States attorney Gambino

**08CV2290**
**JUDGE KENNELLY**
**MAG. JUDGE COX ASHMAN**

### Notice of Removal

Now comes Walter Steven Carlos-el pro'se and pursuant to 28 U.S.C. section 1443(1) (2)1446(c), 1447 3 gives notice of removal to the named individuals people of the state of Illinois, Judge Stanley Sacks, and Assistant states attorney Gambino.

### Statement of Facts

1) Due to the defendant being detained in cook county jail, because of his race, religion, and culture, the defendant cannot enforce his rights in the state court which the United States Constitution affords individual's right to equal protection under the law.

2) Due to the defendant's case being nolled prosequi and the judge Stanley Sacks having knowledge of the defendant's dismissal, the defendant cannot enforce his right to equal protection of the law.

3) Due to the defendant being a Moorish American and is governed under the Moorish constitution the plaintiff wants to acknowledge his status to the defendant.

Respectfully Submitted

Walter Steven Carlos –Ell

20070082858

p.o Box 089002

Chicago ,Il 60608